UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| J.O., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:15-cv-329 |
| v. ) | |
| ) | Judge Mattice |
| BLEDSOE COUNTY BOARD ) | |
| OF EDUCATION, et al., ) | Magistrate Judge Lee |
| ) | |
| Defendants. ) | |
| ) | |

# **ORDER**

On April 4, 2017, United States Magistrate Judge Susan K. Lee filed her Report and Recommendation, (Doc. 25), pursuant to 28 U.S.C. § 636(b)(1). Magistrate Judge Lee recommended that the Parties' Joint Motion for Approval of Minor Settlement, (Doc. 17), be granted "subject to the . . . condition that the minor's parents hold the settlement funds for the minor Plaintiff that remain after the deduction of costs and the attorney's fee award in an interest-bearing account until the minor Plaintiff reaches the age of majority." (Doc. 25 at 7–8).

The Parties have filed no objections to the Magistrate Judge's Report and Recommendation.[1] Nevertheless, the Court has conducted a review of the Report and Recommendation, as well as the record, and it agrees with Magistrate Judge Lee's well-reasoned conclusions.

---

[1] Magistrate Judge Lee specifically advised the Parties that they had 14 days in which to object to the Report and Recommendation and that failure to do so would waive their right to appeal. (Doc. 25 at 8 n.3); *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). Even taking into account the three additional days for service provided by Fed. R. Civ. P. 6(d), the period in which the Parties could timely file any objections has now expired.

Accordingly:

- The Court hereby **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations, (Doc. 25), pursuant to § 636(b)(1) and Fed. R. Civ. P. 72(b);

- The Parties' Joint Motion for Approval of Minor Settlement, (Doc. 17), is hereby **GRANTED**, subject to the conditions outlined in Magistrate Judge Lee's Report and Recommendation; and

- The Parties are hereby **ORDERED** to file a Joint Stipulation of Dismissal of this action **on or before May 31, 2017**. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

**SO ORDERED** this 27th day of April, 2017.

*/s/ Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE